# United States Court of Appeals

### For the Eighth Circuit

_____

No. 20-1524

_____

United States of America

*Plaintiff - Appellee*

v.

Angel N. Chavez-Soto

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: November 9, 2020
Filed: November 13, 2020
[Unpublished]

_____

Before BENTON, KELLY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Angel Chavez-Soto appeals after he pleaded guilty to a drug offense, pursuant to a plea agreement containing an appeal waiver, and the district court[1] sentenced him

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

to a prison term below the advisory Guidelines range. His counsel has moved for leave to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of his sentence.

We conclude that the appeal waiver is valid, applicable, and enforceable. <u>See</u> <u>United States v. Scott</u>, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waivers); <u>United States v. Andis</u>, 333 F.3d 886, 889–92 (8th Cir. 2003) (en banc) (appeal waiver should be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice). Furthermore, we have independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal outside the scope of the appeal waiver.

Accordingly, we grant counsel's motion for leave to withdraw and dismiss this appeal.

_____